## Green Hills Lumber Company *v.* Williams et al., Appellants.

Argued November 14, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Carl Brandt,* with him *Brandt, Riester, Brandt and Malone,* for appellants.

*Gerald W. Weaver,* with him *J. Robert Maxwell,* and *Maxwell and Huss,* for appellee.

OPINION PER CURIAM, March 17, 1964:

The judgment non obstante veredicto entered by the Court of Common Pleas of Allegheny County is affirmed on the opinion of Judge McKENNA, for the court below, reported at 32 Pa. D. & C. 2d 759.